UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMANUEL AGROPONG, MARCOS BASABE, ADRIAN BATANA, CARLOS LAGUNA, YOLANDA NIEVE, CHRISTINE NUNEZ, ANDY OSEI, ABEL PANTOJA, ELIETZER PIERRE-LOUIS, JOSUE PIERRE-LOUIS, DAVID RICHARDSON, DANIEL RODRIGUEZ, ROBERTO RODRIGUEZ, HECTOR ROSADO, and SURITA SUEDASS, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MEMON a/k/a IQBAL MEMON, GULAN DORIA a/k/a JEFF DORIA, BERGEN DISCOUNT INC., BERGEN DISCOUNT PLUS, INC., 518 WILLIS REALTY, INC., WILLIS DISCOUNT INC., ALI M. ABADI d/b/a WILLIS DISCOUNT, ZIAD NASSRADIN, ZNF 99 CENT DISCOUNT CORP., DOLLAR-RITE INC., TODO BARATO DISCOUNT INC., COMMUNITY DOLLAR PLUS, INC., 167 TRADING DISCOUNT INC., 167 PRIMO TRADING INC., B&S DISCOUNT INC., 99 CENT DISCOUNT & PARTY STORE INC., 99 CENT DISCOUNT, INC., CLEAR CHOICE, INC., JOHN AND JANE DOES 1-50, and JOHN DOE CORPORATIONS 1-20,<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>1:14-CV-7990 (RWS) |

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for defendants MICHAEL MEMON a/k/a IQBAL MEMON; GULAN DORIA; JACKIE VARIETY, INC. (improperly pled as

1

"BERGEN DISCOUNT INC.", "BERGEN DISCOUNT PLUS, INC.", "518 WILLIS REALTY, INC.", "WILLIS DISCOUNT INC.", and "ALI M. ABADI" d/b/a "WILLIS DISCOUNT"); POPULAR DISCOUNT, INC. (improperly pled as "ZIAD NASSRADIN", "ZNF 99 CENT DISCOUNT CORP."); NEW STAR DISCOUNT, INC. (improperly pled as "DOLLAR-RITE INC"); BEST DISCOUNT, INC. (improperly pled as "COMMUNITY DOLLAR PLUS, INC."); 167 PRIMO TRADING INC. (improperly pled as "167 TRADING DISCOUNT INC."); UNIQUE DISCOUNT, INC. (improperly pled as "B&S 99 CENTS AND VARIETY STORE, INC." and "B&S DISCOUNT, INC."); 675 MORRIS DISCOUNT, INC. (improperly pled as "99 CENT DISCOUNT & PARTY STORE INC." and "99 CENT DISCOUNT, INC."); and TERMINAL DISCOUNT, INC. (improperly pled as "CLEAR CHOICE, INC.").  I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date: November 3, 2014 | Respectfully submitted, |
| | *Michael K. Chong* |
| | Michael K. Chong, Esq.<br>*Attorney for Defendants* |
| | 300 Hudson Street, Ste. 10<br>Hoboken, NJ 07030<br>Ph#: (201) 203-7476<br>Fx#: (201) 708-6676 |
| | 2 Executive Drive, Ste. 720<br>Fort Lee, NJ 07024<br>Ph#: (201) 708-6675<br>Fx#: (201) 708-6676 |
| | 1250 Broadway, 36th Floor, Ste. 300<br>New York, NY 10001<br>Ph#: (212) 726-1104<br>Fx#: (212) 726-3104<br>MKC5001@yahoo.com |