UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----
EMMANUEL AGROPONG, MARCOS BASABE, ADRIAN BATANA, CARLOS LAGUNA, YOLANDA NIEVE, CHRISTINE NUNEZ, ANDY OSEI, ABEL PANTOJA, ELIETZER PIERRE-LOUIS, JOSUE PIERRE- LOUIS, DAVID RICHARDSON, DANIEL RODRIGUEZ, ROBERTO RODRIGUEZ, HECTOR ROSADO, and SURITA SUEDASS, individually, and on behalf of all others similarly situated,

        Plaintiffs,

-against-

MICHAEL MEMON a/k/a IQBAL MEMON, GULAN DORIA a/k/a JEFF DORIA, BERGEN DISCOUNT INC., BERGEN DISCOUNT PLUS, INC., 518 WILLIS REALTY, INC., WILLIS DISCOUNT INC., ALI M. ABADI d/b/a WILLIS DISCOUNT, ZIAD NASSRADIN, ZNF 99 CENT DISCOUNT CORP., DOLLAR-RITE INC., TODO BARATO DISCOUNT INC., COMMUNITY DOLLAR PLUS, INC., 167 TRADING DISCOUNT INC., 167 PRIMO TRADING INC., B&S DISCOUNT INC., 99 CENT DISCOUNT & PARTY STORE INC., 99 CENT DISCOUNT, INC., CLEAR CHOICE, INC., JOHN AND JANE DOES 1-50, and JOHN DOE CORPORATIONS 1-20,

        Defendants.

Civil Action No.
14-CV-7990

[PROPOSED] ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER




  Upon the affidavits of David Richardson and Pierre-Louis sworn to the 6th day of May 2015, and upon the Declaration of Adam P. Slater, Esq., hereto annexed, it is

  ORDERED, that above named Defendants Michael Memon a/k/a Iqbal Memon and Gulan Dorian a/k/a Jeff Doria personally appear before me and show cause before a motion term of this Court, at Room _8 C_ United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _May 21, 2015_, at _10_ o'clock in the _fore_ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued

pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendants during the pendency of this action from terminating or suspending or threatening to terminate or suspend any employee, causing any employee to be deported or threatening to cause any employee to be deported, retaliating or discriminating in any way against current and former employees of the above-named Defendants based on their participating in or intention to participate the instant lawsuit, requesting any employees to sign documents compromising their rights in this lawsuit or cooperating in any way in prosecution of the lawsuit; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiffs' application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from terminating or suspending or threatening to terminate or suspend any employee, causing any employee to be deported or threatening to cause any employee to be deported, retaliating or discriminating in any way against current and former employees of the above-named Defendants based on their participating in or intention to participate the instant lawsuit, requesting any employees to sign documents compromising their rights in this lawsuit or cooperating in any way in prosecution of the lawsuit;

ORDERED that, Defendants are prohibited from speaking to employees of Defendants either directly or through another person acting on their behalf, regarding any communication ~~any employee has or will have~~ with Plaintiffs' counsel; and it is further

ORDERED that Defendants' failure to abide by the clear and unequivocal mandates set forth in this Order shall result in the striking of their pleadings; and it is further

ORDERED that security in the amount of $ 1,500 be posted by the plaintiff prior to May 12, 2015, at 5 o'clock in the afternoon of



that day; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before ___5___ o'clock in the ~~after~~ noon, _May 12, 2015_ shall be deemed good and sufficient service thereof.

DATED:   New York, New York

ISSUED:  May _12_, 2015

10:5 AM

_____
United States District Judge