UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL AGROPONG, MARCOS BASABE, ADRIAN BATANA, CARLOS LAGUNA, YOLANDA NIEVE, CHRISTINE NUNEZ, ANDY OSEI, ABEL PANTOJA, ELIETZER PIERRE-LOUIS, JOSUE PIERRE-LOUIS, DAVID RICHARDSON, DANIEL RODRIGUEZ, ROBERTO RODRIGUEZ, HECTOR ROSADO, and SURITA SUEDASS, individually, and on behalf of all others similarly situated,

Plaintiffs,

-against-

MICHAEL MEMON a/k/a IQBAL MEMON, GULAN DORIA a/k/a JEFF DORIA, BERGEN DISCOUNT INC., BERGEN DISCOUNT PLUS, INC., 518 WILLIS REALTY, INC., WILLIS DISCOUNT INC., ALI M. ABADI d/b/a WILLIS DISCOUNT, ZIAD NASSRADIN, ZNF 99 CENT DISCOUNT CORP., DOLLAR-RITE INC., TODO BARATO DISCOUNT INC., COMMUNITY DOLLAR PLUS, INC., 167 TRADING DISCOUNT INC., 167 PRIMO TRADING INC., B&S DISCOUNT INC., 99 CENT DISCOUNT & PARTY STORE INC., 99 CENT DISCOUNT, INC., CLEAR CHOICE, INC., JOHN AND JANE DOES 1-50, and JOHN DOE CORPORATIONS 1-20,

Defendants.

Civil Action No. 14-cv-7990 (RWS)

<u>AFFIDAVIT OF CARLOS LAGUNA</u>

State of New York }
}ss.:
County of ________ }

CARLOS LAGUNA, being duly sworn, states as follows:

1. Mi nombre es Carlos Laguna. Soy uno de los demandantes en este caso.

2. En el octubre de 2014, archivé este demanda junto con catorce de mis compañeros de trabajo porque los Demandados no pudieron pagar el salario mínimo, horas extras y otro dinero debido a mí en todas partes del curso de mi empleo.

3. He trabajado en tiendas de descuento de los demandados 6 días por semana durante once horas al día como un trabajador descargador durante el curso de mi empleo a partir de 2010 a 2014.

4. Nunca me pagaron el salario mínimo o horas extras.

5. No recibí una prima adicional para trabajar más de diez horas por día.

6. En agosto de 2014, yo era uno de los trabajadores que planeaba presentar esta demanda.

7. A final de agosto o al principio de septiembre de 2014, fui despedido de mi trabajo sin explicación.

8. Creo que fui despedido porque los acusados se enteró que iba a presentar esta demanda.

9. No he trabajado para que los acusados desde ese momento

10. De vez en cuando, el departamento de Labor llegaron a las tiendas de descuento. En esas ocasiones me enviaron a trabajar en una tienda diferente.

11. Yo creo que me enviaron a una tienda diferente para que el Departamento de Labor no podía interrogarme.

12. En mayo de 2015, el New York Daily News escribió una historia sobre mí y la demanda. Michael Memon fue citado en el artículo llamarme "un criminal".

13. Vine al Tribunal con mis abogados y Roberto Rodriguez el 12 de mayo de 2015.

14. Mis abogados estaban allí para intentar detener a los acusados de tomar venganza sobre los trabajadores en la demanda.

15. Michael Memon ("Mr. Mike") y Gulan Doria (Mr. G.) estaban allí con otros dos y su abogado.

16. prendí que el juez firmó la orden diciendo a acusados de dejar de tomar represalias contra los trabajadores.

17. Cuando salimos del edificio, Mr. Mike, Sr. G. y los otros dos estaban esperando en la puerta del Tribunal.

18. Varios de ellos se levantó cerca de nosotros y comenzaron a tomar fotos con sus teléfonos celulares..

19. Dijeron que estaban llamando a la policía.

20. Uno de los otros dos, por teléfono y dijo que llamaba a la policía para que Roberto Rodríguez detenido.

21. Entonces uno de los otros dos le dijo a uno de mis abogados, "Adam Slater, sabemos dónde vives!"

22. Era claro para mí que él estaba diciendo que él sabe dónde vive el Sr. Slater y no alguien más.

23. Mis abogados regresó al edificio con Mr. Mike y el Sr. G. abogado de decirle al juez lo que estaba sucediendo

24. Mis abogados dijeron a Roberto y yo alejarse

25. Como Roberto y yo estábamos caminando lejos uno de los otros dos dijeron que iban a "F *** nosotros."

26. Creo que muchos más trabajadores se unirían a la demanda sí que lo sabían y si supieran que no puedan ser castigados por sumarse a la demanda.

27. Quiero que el tribunal permita que mis abogados envíen una carta a todos los trabajadores de las tiendas de saldos diciéndoles que este pleito fue archivado.

28. La carta también debe decir que los trabajadores no pueden ser despedidos, suspendidos, detenidos, deportados o amenazó con cualquiera de estas acciones para unirse a esta demanda.

Declaro bajo pena de perjurio que lo anterior es verdadera y correcta. Esta declaración fue ejecutada el día veinte de mayo de 2015.

DocuSigned by:
C.L.
B18625613793C8...
CARLOS LAGUNA