UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL AGROPONG, MARCOS BASABE, ADRIAN BATANA, CARLOS LAGUNA, YOLANDA NIEVE, CHRISTINE NUNEZ, ANDY OSEI, ABEL PANTOJA, ELIETZER PIERRE-LOUIS, JOSUE PIERRE- LOUIS, DAVID RICHARDSON, DANIEL RODRIGUEZ, ROBERTO RODRIGUEZ, HECTOR ROSADO, and SURITA SUEDASS, individually, and on behalf of all others similarly situated,

Plaintiffs,

-against-

MICHAEL MEMON a/k/a IQBAL MEMON, GULAN DORIA a/k/a JEFF DORIA, BERGEN DISCOUNT INC., BERGEN DISCOUNT PLUS, INC., 518 WILLIS REALTY, INC., WILLIS DISCOUNT INC., ALI M. ABADI d/b/a WILLIS DISCOUNT, ZIAD NASSRADIN, ZNF 99 CENT DISCOUNT CORP., DOLLAR-RITE INC., TODO BARATO DISCOUNT INC., COMMUNITY DOLLAR PLUS, INC., 167 TRADING DISCOUNT INC., 167 PRIMO TRADING INC., B&S DISCOUNT INC., 99 CENT DISCOUNT & PARTY STORE INC., 99 CENT DISCOUNT, INC., CLEAR CHOICE, INC., JOHN AND JANE DOES 1-50, and JOHN DOE CORPORATIONS 1-20,

Defendants.

Civil Action No. 14-cv-7990 (RWS)

<u>SUPPLEMENTAL DECLARATION OF KELETSO TEBOGO</u>

DECLARATION OF KELETSO TEBOGO

I, KELETSO TEBOGO, state as follows:

1. My name is Keletso Tebogo.

2. I recently filed a consent to join this case, and I have filed an Affidavit to the Court on May 20, 2015.

3. On May 20, 2015, I made a recording that was filed with the Court. This recording was of a conversation between myself, Plaintiff Mady Nassoko, Defendant Michael Memon and Usman Doria ("Recorded Conversation").

4. I have reviewed a transcription of the Recorded Conversation, a copy of which is attached hereto as Exhibit A (the "Transcription").

5. I certify that the Transcription set forth herewith is true and accurate to the best of my knowledge.

6. I have worked at Defendants' discount stores for more than nine and a half years. I currently work mostly at the location known as Bergen discount.

7. Since 2009, I was paid approximately $300 per week. I am now paid $410 per week.

8. I have always been paid in cash.

9. Throughout most of my employment, I worked 6 eleven hour days per week for a total of 66 hours per week from 9 am to 8 pm until January 2015.

10. Almost all of the other workers still work 66 hours per week.

11. As described in my earlier Declaration, Michael Memon tried to get me to sign a paper that said I was not part of the lawsuit. I refused to do so.

12. On May 21, 2015, the day a hearing in this case was scheduled for and subsequently postponed, Defendant Gulan Doria, known to me as Mr. G, appeared to be celebrating. Coworkers of mine told me that they were told by Mr. G that Defendants "won the case."

13. I believe that this discouraged some of my colleagues who are plaintiffs in this lawsuit, causing them to sign papers denying their participation in the case.

14. Those people who signed papers denying their participation in the case had their hours restored to their pre-lawsuit schedule.

15. On Saturday, May 23, 2015, I was scheduled to work from 10 a.m. to 8 p.m.

16. When I arrived, I was sent home without explanation together with two other workers who are in the lawsuit Miguel Rosendo and Joseph Koffei, known to me as Usman.

17. Employees who are not part of the lawsuit were not sent home, nor were employees that signed the paper which was discussed during the Recorded Conversation, which I refused to sign. A true and correct of that paper is attached hereto as Exhibit B.

18. I showed up for work on Monday, May 25, 2015, but was sent home and told to come back on Tuesday.

19. On Tuesday, May 26, 2015, I was told that my new hours would be 11 a.m. to 4 p.m., six days a week for a weekly total of 30 hours.

20. On Tuesday, May 26, 2015, Plaintiffs Miguel Rosendo and Joseph Koffei also had their hours cut similarly.

21. Additionally on that same Tuesday, Plaintiff Israel Uduaghan was demoted from the store manager position that he held for more than ten years to a non-manager worker, and had his hours cut from 66 hours to 33 hours per week.

22. Workers who are not part of the lawsuit did not get their hours cut, nor did workers who signed a statement saying they did not want to participate in the lawsuit.

23. I believe my hours were cut because I am part of this lawsuit, and that Mr. Mike, Mr. G and Usman Doria are taking revenge against me for my participation in this lawsuit.

24. I ask the Court to please stop Defendants from taking revenge against the workers.

25. I believe that many more workers would join this lawsuit if they knew about it and if they knew that they cannot be punished for joining the lawsuit.

26. I want the Court to allow my lawyers to send a letter to all workers from the discount stores telling them that this lawsuit was filed.

27. The letter should also say that the workers cannot be terminated, suspended, arrested, or deported, or threatened with any of these actions for joining this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct. This Declaration is executed on the twenty-eighth day of May, 2015.

K. Tebogo

KELETSO TEBOGO