# EXHIBIT B

Reference # Civil Action
(name) No # 14-CV-07990

I ______ Certify that I am not involved in this law suit case and my identification was theft and misused my information. Therefore, I didn't signed any paperwork.

This statement I prepared myself voluntarily without any pressure or obligation.

Sincerely

Signed

phone #

5-20-15