UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-2-15
```

EMMANUEL AGROPONG, *et al.*

                          Plaintiffs,

- v -

MICHAEL MEMON, *et al.*

                          Defendants.

No. 14-cv-7990 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    For the reasons set forth on the record at today's conference and with the consent of Defendants, IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 65(a), during the pendency of this action, Defendants are enjoined from retaliating or discriminating in any way against any current or former employee of the Defendants, including, but not limited to, by terminating or suspending, threatening to terminate or suspend, causing to be deported, or threatening to cause to be deported such employee or former employee, based on any participation in or intent to participate in the instant lawsuit; requesting that any employee sign documents compromising any rights in this lawsuit or any ability to cooperate in the prosecution of this lawsuit; or communicating in any way with any employees, Plaintiffs and otherwise, regarding this lawsuit or any facts relating to this lawsuit.

    IT IS FURTHER ORDERED THAT Plaintiff's motion for contempt sanctions is STAYED *sine die*.

    IT IS FURTHER ORDERED THAT, by June 12, 2015, the parties shall file a joint letter apprising the Court as to (1) whether there have been any incidents that constitute a violation of

this Order, (2) whether settlement discussions are ongoing, and (3) whether Plaintiffs intend to go forward with their motion for contempt sanctions.

SO ORDERED.

Dated:   June 2, 2015
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE   Part I