UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL AGROPONG, MARCOS BASABE,
ADRIAN BATANA, CARLOS LAGUNA, YOLANDA
NIEVE, CHRISTINE NUNEZ, ANDY OSEI, ABEL
PANTOJA, ELIETZER PIERRE-LOUIS, JOSUE PIERRE-
LOUIS,  DAVID RICHARDSON, DANIEL RODRIGUEZ,
ROBERTO RODRIGUEZ, HECTOR ROSADO, and
SURITA SUEDASS, individually, and on behalf of all
others similarly situated,

Civil Action No.
14-cv-7990 (RWS)

Plaintiffs,

-against-

MICHAEL MEMON  a/k/a IQBAL MEMON, GULAN
DORIA a/k/a JEFF DORIA, BERGEN DISCOUNT INC.,
BERGEN DISCOUNT PLUS, INC., 518 WILLIS
REALTY, INC., WILLIS DISCOUNT INC., ALI M.
ABADI  d/b/a WILLIS DISCOUNT, ZIAD NASSRADIN,
ZNF 99 CENT DISCOUNT CORP., DOLLAR-RITE INC.,
TODO BARATO DISCOUNT INC., COMMUNITY
DOLLAR PLUS, INC., 167 TRADING DISCOUNT INC.,
167 PRIMO TRADING INC., B&S DISCOUNT INC., 99
CENT DISCOUNT & PARTY STORE INC., 99 CENT
DISCOUNT, INC., CLEAR CHOICE, INC., JOHN AND
JANE DOES 1-50, and JOHN DOE CORPORATIONS 1-
20,

**DECLARATION OF CHRISTOPHER MARLBOROUGH IN SUPPORT OF MOTION
TO CONDITIONALLY CERTIFY A FLSA COLLECTIVE ACTION AND SEND
NOTICE OF PENDENCY TO COLLECTIVE CLASS AND PROSPECTIVE CLASS
MEMBERS**

CHRISTOPHER MARLBOROUGH, an attorney duly admitted to practice law in the
Southern District of New York, states as follows:

1. I am the principal attorney at The Marlborough Law Firm, P.C., which represents

   Plaintiffs as co-counsel in this action.

2. I submit this declaration in support of Plaintiffs' Consented to Motion to Conditionally Certify a FLSA Collective Action and Send Notice of Pendency to Collective Class and Prospective Class Members.

3. Defendants have consented to conditional certification, the notice plan, and the form of the proposed notice.

4. Annexed hereto as Exhibit A is a copy of the Proposed Notice of Pendency.

5. Annexed hereto as Exhibit B is a copy of the Consent to Become a Party Plaintiff.

6. Annexed hereto as Exhibit C is a copy of the transcript of the June 2, 2015 proceeding before the Honorable Judge Sullivan.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. This declaration is executed on the twenty sixth day of June, 2015, in New York, New York.

_____
Christopher Marlborough