UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL AGROPONG, MARCOS BASABE, ADRIAN BATANA, CARLOS LAGUNA, YOLANDA NIEVE, CHRISTINE NUNEZ, ANDY OSEI, ABEL PANTOJA, ELIETZER PIERRE-LOUIS, JOSUE PIERRE-LOUIS, DAVID RICHARDSON, DANIEL RODRIGUEZ, ROBERTO RODRIGUEZ, HECTOR ROSADO, and SURITA SUEDASS, individually, and on behalf of all others similarly situated,

Plaintiffs,

-against-

MICHAEL MEMON a/k/a IQBAL MEMON, GULAN DORIA a/k/a JEFF DORIA, BERGEN DISCOUNT INC., BERGEN DISCOUNT PLUS, INC., 518 WILLIS REALTY, INC., WILLIS DISCOUNT INC., ALI M. ABADI d/b/a WILLIS DISCOUNT, ZIAD NASSRADIN, ZNF 99 CENT DISCOUNT CORP., DOLLAR-RITE INC., TODO BARATO DISCOUNT INC., COMMUNITY DOLLAR PLUS, INC., 167 TRADING DISCOUNT INC., 167 PRIMO TRADING INC., B&S DISCOUNT INC., 99 CENT DISCOUNT & PARTY STORE INC., 99 CENT DISCOUNT, INC., CLEAR CHOICE, INC., JOHN AND JANE DOES 1-50, and JOHN DOE CORPORATIONS 1-20,

Civil Action No.
14-cv-7990 (RWS)

# NOTICE OF MOTION FOR CONTEMPT

**PLEASE TAKE NOTICE** that, for the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Second Motion for Contempt, the accompanying Declaration of Christopher Marlborough, and the supporting exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order:

(1) Issuing a default judgment against Defendants Michael Memon a/k/a Iqbal Memon and Gulan Doria a/k/a Jeff Doria;

(2) Reinstating the employment and restoring the work hours of all Plaintiff employees who were terminated, suspended, demoted or had their hours reduced to each such Plaintiff employee's pre-retaliation status, inclusive of position and work hours; and

(3) Subjecting Defendants to a fine in the amount of $250,000, and such amount to be held in trust for Plaintiffs and payable to them in the event of any settlement or judgment in this action; and

(2) Referring the issue of Defendants' retaliatory conduct to the United States Attorney for prosecution of criminal contempt proceedings; and

(3) Awarding all relief requested and available, including granting Plaintiffs their attorneys' fees and costs incurred in connection with this motion.

(4) Granting such other and further relief as the Court deems just and proper.

Dated: July 26, 2015
New York, New York

Respectfully submitted,

SLATER SLATER SCHULMAN LLP

/s / Anthony Portesy

Anthony Portesy, Esq.
Slater Slater Schulman LLP
445 Broad Hollow Road, Sutie 334
Melville, NY 11747
Telephone: (212) 922-0906
Facsimile: (212) 922-0907
aportesy@sssfirm.com

*Co-Counsel for Plaintiff*