UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL AGROPONG, MARCOS BASABE, ADRIAN BATANA, CARLOS LAGUNA, YOLANDA NIEVE, CHRISTINE NUNEZ, ANDY OSEI, ABEL PANTOJA, ELIETZER PIERRE-LOUIS, JOSUE PIERRE-LOUIS, DAVID RICHARDSON, DANIEL RODRIGUEZ, ROBERTO RODRIGUEZ, HECTOR ROSADO, and SURITA SUEDASS, individually, and on behalf of all others similarly situated,

Plaintiffs,

-against-

MICHAEL MEMON a/k/a IQBAL MEMON, GULAN DORIA a/k/a JEFF DORIA, BERGEN DISCOUNT INC., BERGEN DISCOUNT PLUS, INC., 518 WILLIS REALTY, INC., WILLIS DISCOUNT INC., ALI M. ABADI d/b/a WILLIS DISCOUNT, ZIAD NASSRADIN, ZNF 99 CENT DISCOUNT CORP., DOLLAR-RITE INC., TODO BARATO DISCOUNT INC., COMMUNITY DOLLAR PLUS, INC., 167 TRADING DISCOUNT INC., 167 PRIMO TRADING INC., B&S DISCOUNT INC., 99 CENT DISCOUNT & PARTY STORE INC., 99 CENT DISCOUNT, INC., CLEAR CHOICE, INC., JOHN AND JANE DOES 1-50, and JOHN DOE CORPORATIONS 1-20,

Civil Action No.
14-cv-7990 (RWS)

**DECLARATION OF ANTHONY PORTESY IN SUPPORT OF MOTION FOR CONTEMPT**

ANTHONY PORTESY, an attorney duly admitted to practice law in the Southern District of New York, states as follows:

1. I am an attorney at Slater Slater Schulman LLP, which represents Plaintiffs as co-counsel in this action.
2. I submit this declaration in support of Plaintiffs' Motion for Contempt.
3. The parties have met and conferred about the filing of this motion, and Defendants have not consented to Plaintiff's filing.

4. Annexed hereto as Exhibit A is the Timeline of Defendants' Adverse Employment Actions, Violations of the Temporary Restraining Order and Violations of the Preliminary Injunction timeline of acts of retaliation.

5. Annexed hereto as Exhibit B is the Transcript of 5/20/2015 Interrogation of Plaintiff Keletso Tebogo By Defendant Michael Memon and Usman Doria.

6. Annexed hereto as Exhibit C is a Coerced Statement for Hector Rosado; Coerced Statement presented to Keletso Tebogo.

7. Annexed hereto as Exhibit D is the Transcript of the 6/2/2015 Hearing before the Honorable Judge Richard J. Sullivan.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. This declaration is executed on the twenty sixth day of July, 2015, in New York, New York.

/s/
Anthony Portesy