# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL AGROPONG, MARCOS BASABE, ADRIAN BATANA, CARLOS LAGUNA, YOLANDA NIEVE, CHRISTINE NUNEZ, ANDY OSEI, ABEL PANTOJA, ELIETZER PIERRE-LOUIS, JOSUE PIERRE- LOUIS, DAVID RICHARDSON, DANIEL RODRIGUEZ, ROBERTO RODRIGUEZ, HECTOR ROSADO, and SURITA SUEDASS, individually, and on behalf of all others similarly situated,

Plaintiffs,

-against-

MICHAEL MEMON a/k/a IQBAL MEMON, GULAN DORIA a/k/a JEFF DORIA, BERGEN DISCOUNT INC., BERGEN DISCOUNT PLUS, INC., 518 WILLIS REALTY, INC., WILLIS DISCOUNT INC., ALI M. ABADI d/b/a WILLIS DISCOUNT, ZIAD NASSRADIN, ZNF 99 CENT DISCOUNT CORP., DOLLAR-RITE INC., TODO BARATO DISCOUNT INC., COMMUNITY DOLLAR PLUS, INC., 167 TRADING DISCOUNT INC., 167 PRIMO TRADING INC., B&S DISCOUNT INC., 99 CENT DISCOUNT & PARTY STORE INC., 99 CENT DISCOUNT, INC., CLEAR CHOICE, INC., JOHN AND JANE DOES 1-50, and JOHN DOE CORPORATIONS 1-20,

Defendants.

Civil Action No. 14-cv-7990 (RWS)

**TIMELINE OF DEFENDANTS' ADVERSE EMPLOYMENT ACTIONS, VIOLATIONS OF THE TEMPORARY RESTRAINING ORDER AND VIOLATIONS OF THE PRELIMINARY INJUNCTION**

| Retaliatory Act No. | Date | Description | Source |
|---|---|---|---|
| 1 | Summer 2013 - late 2013 | Mamadou Diallo filed a complaint with the Department of Labor on behalf of all the workers at Bergen Discount.<br><br>Before the investigators arrived Defendant Gulan Doria sent many of the workers, including Diallo to another location so that they would not be seen by investigators.<br><br>Mohamed Doria and Gulan Doria ("Mr. G") told Mamadou Diallo that they knew Diallo had filed the complaint and demanded to know how he could sue his fellow Muslims. Defendant Gulan Doria referred to the money as "haram."<br><br>Defendants cut Diallo's weekly salary from $300 to $280 because they learned that he had filed the complaint. | 7/16 M. Diallo Decl. at ¶¶ 9-14. Filed herewith. |
| 2 | ~ December 2013 | Plaintiff Keletso Tebogo received a letter from the Department of Labor saying he was entitled to thousands of dollars from Defendants and he needed to fill out a form to collect it.<br><br>He was told by Mohamed Doria (Defendant Gulan Doria's brother, now deceased) and Defendant Michael Memon ("Mr. Mike") that if he collected the money from the Department of Labor he would be fired.<br><br>Afraid of being terminated Plaintiff Tebogo did not collect the money. | 7/25 Tebogo Decl. at ¶¶ 4-6. Filed herewith. |
| 3 | May 2014 | Plaintiff Mamadou Diallo was terminated by Defendant Michael Memon. Plaintiff Mamadou Diallo was told by Defendant Michael | 7/16 M. Diallo Decl. at ¶ 15. Filed herewith. |

| | | | |
|---|---|---|---|
| | | Memon that he was being terminated for instigating the Department of Labor investigation. | |
| | Late August 2014 | Defendants learned that Plaintiffs including Carlos Rodriguez and Carlos Laguna were planning to file the lawsuit. | 5/8 R. Rodriguez P.I. Aff. at ¶¶ 14-15.<br>Docket Entry No. 17-2, 3 of 17.<br><br>5/20 Laguna Reply Decl. at ¶¶ 6-9.<br>Docket Entry No. 41. |
| 4 | ~August 22, 2014 | Defendant Gulan Doria told Plaintiff Roberto Rodriguez that his employment was being terminated because he was on Mr. Mike's list of people who were planning to file the lawsuit. | 5/8 R. Rodriguez P.I. Aff. at ¶¶ 14.<br>Docket Entry No. 17-2, Page 3 of 17. |
| 5 | August 31, 2014 | Defendants caused a false police report to be filed alleging that Plaintiff Roberto Rodriguez had stolen a bag of cash belonging to Defendants. | 5/8 R. Rodriguez P.I. Aff. at ¶¶ 15-19.<br>Docket Entry No. 17-2, Page 3 of 17. |
| 6 | ~August 31, 2014 | Defendants terminated Plaintiff Carlos Laguna after more than four years of employment because of his participation in planning to file this lawsuit. | 5/20 Laguna Reply Decl. at ¶¶ 3, 6-9.<br>Docket Entry No. 41 |
| | **October 4, 2015** | **Lawsuit Filed** | |
| 7 | ~November 2014 | Plaintiff Elietzer Pierre-Louis was terminated for his participation in this lawsuit. | 5/20 Pierre Louis Reply Aff. at ¶ 11-12.<br>Docket Entry No. 41-4. |

| | | | |
|---|---|---|---|
| 8 | ~December 2014 | Defendant Gulan Doria terminated Plaintiff Josue Pierre Louis for his participation in this lawsuit.<br><br>Josue's manager told him that Mr. G was upset that he joined the lawsuit. The manager handed Josue a phone with Mr. G. on the other end. Mr. G. then terminated Plaintiff Josue Pierre-Louis over the telephone. | 5/20 Pierre Louis Aff. Reply at ¶¶ 8-9.<br>Docket Entry No. 41-4. |
| 9 | January 2015 | Defendants cut Daniel Rodriguez's hours for participating in the lawsuit. | 5/6 D. Rodriguez P.I. Aff. at ¶ 9.<br>Docket Entry No. 17-2, Page 10 of 17. |
| 10 | April 2015 | Defendants distributed Blank Wage Theft Prevention Act notices and required workers to sign them in blank form under threat of termination.<br><br>The forms are no longer required under New York Law, but could still be backdated to falsify compliance for previous years. | 5/6 D. Rodriguez P.I. Aff. at ¶ 10.<br>Docket Entry No. 17-2, Page 10 of 17.<br><br>7/25 Tebogo Decl. at ¶ 10. Filed herewith.<br><br>5/20 Richardson Reply Decl. at ¶ 12.<br>Docket Entry No. 41-3.<br><br>Slater P.I. Decl., Exh. 4 (Gov. Cuomo Signing Statement)<br>Docket Entry No. 17. |

| | | | |
|---|---|---|---|
| 11 | April 2015 | Defendant Michael Memon told Daniel Rodriguez that his hours might be restored if he signed the Blank Wage Theft Prevention Act Notice and stopped associating with workers in the lawsuit.<br><br>Plaintiff Daniel Rodriguez recorded the conversation and took a picture of the Blank Wage Theft Prevention Act Notice. | 5/6 D. Rodriguez P.I. Aff. at ¶¶ 13-17.<br>Docket Entry No. 17-2, Page 11 of 17.<br><br>Slater Reply Decl. Exh. G (*Video file*: on CD).<br>Docket Entry 40.<br><br>Slater Reply Decl. Exh C. (Memon- Rodriguez Transcript)<br>Docket Entry No. 40. |
| | April 20, 2015 Afternoon | At Defendants' request, Plaintiffs' Counsel turned over Plaintiffs' photo IDs to Defendants' counsel because Defendants claimed that they were unable to identify their own employees. | 5/8 Slater P.I. Decl. at ¶¶ 32, 42.<br>Docket Entry No. 17.<br><br>5/8 Slater P.I. Decl., Exh. A, E-mails<br>Docket Entry No. 27. |
| 12-13 | April 21, 2015 Morning | Defendants Michael Memon and Gulan Doria distributed Fraudulent Backdated Affidavits to Plaintiffs Daniel Rodriguez and David Richardson requiring that they disavow their participation in the lawsuit under threat of termination.<br><br>Defendants used Plaintiff Richardson's ID submitted the previous day to identify Plaintiff Richardson. | 5/6 D. Rodriguez P.I. Aff. at ¶¶ 21-25<br>Docket Entry No. 17-2, 11 of 17.<br><br>5/20 Richardson Reply Decl. at. ¶¶ 4-12.<br>Docket Entry No. 41-3. |

| | | | |
|---|---|---|---|
| | | Plaintiff Richardson took a photograph of the Fraudulent Backdated Affidavit that Defendants Memon and Doria demanded he sign. | 5/20 Richardson Reply Decl. Exh. A (Fraudulent Backdated Aff.)<br>Docket Entry No. 41-3. |
| 14 | April 21, 2015 | Defendants temporarily suspended Daniel Rodriguez and cut his hours a second time. | 5/6 D. Rodriguez P.I. Aff. at ¶ 10.<br>Docket Entry No. 17-2, 3 of 17. |
| 15 | April 21, 2015 | David Richardson was informed that he was suspended and not permitted to come back to work until he signed the Fraudulent Backdated Affidavit. He was effectively terminated as he has still not been allowed to return to work. | 5/20 Richardson Reply Decl. at ¶¶ 4-12.<br>Docket Entry No. 41-3. |
| 16 (+) | ~April 21, 2015 | Workers not in the lawsuit were forced to sign papers falsely stating that they are part time workers while most of them worked sixty-six hours per week. | 7/25 Tebogo Decl. at ¶ 9.<br>Filed herewith. |
| | ~ Late April/Early May, 2015 | Plaintiff Keletso Tebogo saw Luckenson Camille ("Camille") a former employee meeting with Mr. G. in the basement one of the Bergen Discount location.<br><br>Camille emerged from the basement and told Tebogo that he was asked by Mr. G. to make Plaintiff Josue Pierre-Louis drop the lawsuit and that he was going to do it. | 7/25 Tebogo Decl. at ¶ 11.<br>Filed herewith. |
| 17 | Late April 2015 | Camille called Josue Pierre-Louis and threatened to report him to INS unless he dropped the lawsuit. | 5/20 Pierre-Louis Reply Aff. ¶¶ 13-17.<br>Docket Entry No. 41-4 |

| | | | |
|---|---|---|---|
| | | Camille told Pierre-Louis that Mr. G gave him Josue's ID and they were going to use it as evidence against him in the deportation proceedings. Camille also said he would testify against Pierre-Louis if he did not drop the lawsuit. | |
| 18 | May 9-10, 2015 | Josue and Elietzer Pierre-Louis' family in Haiti receive threats from Camille- stating that Camille would be happy if Josue and Elietzer were dead.<br><br>Camille pressured the Pierre-Louis family to force Plaintiffs Josue and Elietzer to drop the lawsuit. | 5/20 Pierre-Louis Reply Decl. at ¶ 18.<br>Docket Entry No. 41-4. |
| | **May 12, 2015 10:15-10:16 am** | **Temporary Restraining Order Issued and Served** | |
| 19-21 | May 12, 2015<br>10:30 a.m | Minutes after the Temporary Restraining Order was issued and served upon Defendants, Defendants threatened Plaintiffs Roberto Rodriguez, Carlos Laguna and their counsel on the Courthouse steps on their way out of Court.<br><br>Defendants threatened Roberto Rodriguez with arrest.<br><br>Defendants threatened Plaintiffs'<br>Attorney, Adam Slater, with the following statement: "Adam Slater! We know where you live!"<br><br>Defendants threatened Roberto Rodriguez and Carlos Laguna with physical violence using the following statement: "We are going to F*** you up." | Slater Contempt Decl. ¶¶ 26-33.<br>Docket Entry No. 29.<br><br>5/14 R. Rodriguez Contempt Decl. at ¶¶ 9-17.<br>Docket Entry No. 28.<br><br>5/20 Laguna Reply Decl. at ¶¶ 13-25.<br>Docket Entry No. 41. |

| | | | |
|---|---|---|---|
| 22 | May 13, 2015<br>Afternoon | Plaintiff Josue Pierre Louis received a phone call from a stranger who said he was going to bring Josue to meet with Mr. G. to settle the case. Josue reasonably felt threatened. | 5/20 Pierre Louis Reply Decl. at ¶¶ 20-21.<br>Docket Entry No. 41-4. |
| | **May 14, 2015** | **Motion for Contempt Filed** | |
| 23 | May 15, 2015 | The Pierre-Louis family in Haiti continued to receive threatening phone calls from Luckenson Camille. He said he was coming to Haiti to shame their family because Josue and Elietzer are associating with criminals by participating in the lawsuit. | 5/20 Pierre Louis Reply Decl. at ¶¶ 22-35.<br>Docket Entry No. 41-4. |
| 24 (+) | May 16-18, 2015 | Defendant continued interrogating workers in violation of the Temporary Restraining Order. | 7/25 Tebogo Decl. at 16-23. Filed herewith. |
| 25 | May 19, 2015<br>Morning | Plaintiffs' counsel filed Israel Uduaghan's consent to sue form on 5/18. The next morning Uduaghan was interrogated by Defendant Michael Memon about his communications with counsel and threatened termination. | 5/20 Uduaghan Reply Decl. at ¶¶ 13-16.<br>Docket Entry No. 41-1. |
| 26 | May 19, 2015<br>Afternoon | Defendant Gulan Doria interrogated Plaintiff Uduaghan about his communications with counsel and his participation in the lawsuit. | 5/20 Uduaghan Reply Decl. at ¶¶ 13-16.<br>Docket Entry No. 41-1. |
| 27-28 | May 20, 2015<br>Morning | Defendant Michael Memon and Usman Doria tried to coerce Plaintiffs Keletso Tebogo and Mady Nossoko to write in their own handwriting the following false affidavit (the "Coerced Statement"):<br><br>Reference # Civil Action<br><br>(Name) No # 14-cv-07990 | 7/25 Tebogo Decl. at ¶ 18-22. Filed herewith; Exh. A (The Coerced Statement)<br><br>Slater Reply Decl. Exh C (Audio File on CD Submitted to Court).<br>Docket Entry Doc. No. 40. |

| | | | |
|---|---|---|---|
| | | I ______ certify that I am not in this lawsuit case and my identification was theft and misused my information. Therefore, I didn't sign any paperwork. This statement I prepared myself voluntarily without any pressure or obligation.<br>Sincerely<br><br>Signed<br><br>Phone #<br>5-20-15<br><br>Plaintiff Tebogo recorded the Interrogation and took a picture of the Coerced Statement.<br><br>Later that day, Usman Doria promised to fire Keletso Tebogo after the preliminary injunction hearing was over. | 7/26 Portesy Decl., Exh B. (Tebogo-Memon Interrogation Transcript) Filed herewith. |
| 29 | May 20, 2015 | Defendants provided Hector Rosado with the same Coerced Statement. He refused to sign the statement. | 7/25 Tebogo Decl. at ¶ 23. Filed herewith. |
| 30 | ~May 20, 2015 | Defendants provided Plaintiff Ronal Agyemang with the same or a similar Coerced Statement. He refused to sign the statement. | 7/16 Agyemang Decl. at ¶ 12. Filed herewith. |
| 31 | May 20,2015 Afternoon | Defendant Usman Doria threatened to fire Plaintiff Keletso Tebogo after the hearing on May 22, 2015, for participating in the lawsuit and refusing to sign the Coerced Statement. | 7/25 Tebogo Decl. at ¶ 22. Filed herewith. |
| 32 | May 20, 2015 | Defendants tried to force Joseph Kofie to sign the Coerced Statement. Kofie refused. | 5/29 Kofie Supp. Decl. at ¶ 12.<br>Docket Entry No. 57-3. |

| | | | |
|---|---|---|---|
| | **May 21, 2015 Morning** | **PI/Contempt Hearing Cancelled** | |
| 33 | May 21, 2015 Afternoon | Plaintiff Miguel Rosendo received permission to attend the preliminary injunction hearing from his supervisor Jose Cruz prior to going to Court. Rosendo was spotted in front of the courthouse by Defendant Memon.<br><br>When Plaintiff Rosendo arrived at work on time after the hearing was adjourned, he was informed by Usman Doria, brother of Defendant Gulan Doria that he was being suspended for the day because he went to Court. | 5/28 Rosendo Decl. at ¶¶ 12-21.<br>Docket Entry No. 57-2 |
| 34 | May 22, 2015 | Defendant Gulan Doria decreased the work hours of Plaintiff Miguel Rosendo because of his participation in this case to seven hours per day and forty two hours per week. | 5/28 Rosendo Decl. at ¶ 19.<br>Docket Entry No. 57-2 |
| 35-37 | May 23, 2015 | Defendants suspended Plaintiffs Miguel Rosendo, Joseph Kofie and Keletso Tebogo for the day when they arrived for their regularly scheduled shifts. | 5/28 Rosendo Decl. at ¶ 22.<br>Docket Entry No. 57-2<br><br>7/25 Tebogo Decl. at ¶¶ 27. Filed herewith. |
| 38 | May 23, 2015 | Defendant Memon cut Sergio Recinos' hours from substantially more than forty hours per week to 33 hours per week.<br><br>Defendant Memon told Plaintiff Recinos that he was a leader of the people. He was trying to start a union and he was stabbing Defendant Memon in the back. | 5/28 Recinos Decl. at ¶¶ 25 -28.<br>Dkt No. 57-1. |
| 39 | May 25, 2015 | Plaintiff Keletso Tebogo was told report to work by Defendant Gulan Doria. When Tebogo arrived at work, Gulan Doria made | 7/25 Tebogo Decl. at ¶ 28. Filed herewith. |

| | | | |
|---|---|---|---|
| | | him wait for two hours and suspended him for the day without paying Tebogo for the hours during which he was at work. | |
| 40 | May 25, 2015 | Plaintiff Israel Uduaghan, a manager at one of Defendants' stores, filed a declaration in this case on 5/20.<br><br>On 5/25, Defendant Gulan Doria's brother-in law Musajee Vawda a senior manager of the Discount Stores, questioned Uduaghan about his participation in the lawsuit. | 5/31 Uduaghan Supp Decl. at ¶¶ 13-17.<br>Docket Entry No. 57-4. |
| 41-42 | May 26, 2015 | Defendants cut Plaintiff Keletso Tebogo's hours from 60 to 30 hours per week, days after he submitted a declaration in this case and demoted him. | 7/25 Tebogo Decl. at ¶ 29.<br>Filed herewith. |
| 43 | May 26, 2015 | Defendant Gulan Doria cut Plaintiff Hector Rosado's hours work hours substantially because he refused to sign a statement disavowing his participation in the lawsuit. | 5/28 Rosendo Decl. at ¶¶ 11-17.<br>Docket Entry No. 22. |
| 44 | May 26, 2015 | Defendants cut Plaintiff Daniel Rodriguez's hours work again. | 5/28 Recinos Decl. at ¶ 29.<br>Docket Entry No. 57-1. |
| 45 | May 26, 2015 | Defendant Gulan Doria required Uduaghan to turn over his keys and demoted him to stock person and transferred to another of Defendants' Discount Store locations. | 5/31 Uduaghan Supp Decl. at ¶ 13-17.<br>Docket Entry No. 57-4. |
| 46 | May 26, 2015 | Defendants cut Joseph Kofie's hours from substantially more than forty to thirty hours per week. | 5/29 Kofie Supp. Decl. at ¶¶ 11-15.<br>Docket Entry No. 57-3. |
| 47 | May 27, 2015 | Defendants cut Plaintiff Israel Uduaghan's hours from sixty-six hours to forty-two or less hours per week. | 5/31 Uduaghan Supp Decl. at ¶¶ 17-19. |

| | | | |
|---|---|---|---|
| | | Uduaghan's replacement continued to work sixty-six hours per week. | Docket Entry No. 57-4. |
| 48 | ~June 1, 2015 | Salim Doria brother of Defendant Gulan Doria, Mohamed Doria and Usman Doria contacted Plaintiff Kamal Passa by telephone. Ms. Passa had just filed a Consent to Join this action on May 28, 2015. Salim Doria encouraged Mr. Passa to withdraw from the lawsuit. | 7/6 Passa Decl. at ¶¶ 7-19. Filed herewith. |
| | **June 2, 2015 Morning** | **Preliminary Injunction Issued by Judge Sullivan** | |
| 49 | June 2, 2015 Afternoon | Plaintiff Miguel Rosendo who had attended the Preliminary Injunction hearing, was sent home for the day upon reporting for work. | 6/9 Rosendo Decl. at ¶¶ 7-9. Filed herewith |
| 50 | June 2, 2015 Afternoon | Plaintiff Sergio Recinos, who had attended the Preliminary Injunction hearing, was sent home for the day upon reporting for work. | 6/9 Recinos Decl. at ¶¶ 4-11. Filed herewith. |
| 51 | June 2, 2015 Afternoon | Plaintiff Ronald Agyemang whose request to attend the Preliminary Injunction hearing was denied, was sent home for the day after the hearing was over. | 7/16 Agyemang Decl. at ¶¶ 13-17. Filed herewith. |
| 52 | June 3, 2015 | Plaintiff Ronald Agyemang was informed that his hours were being cut from sixty-six to forty-two hours per week. | 7/16 Agyemang Decl. at ¶¶ 18-19. Filed herewith. |
| 53 | June 3, 2015 | Defendant Gulan Doria called Mamadou Diallo and asked to meet him at the Bergen Discount location. At the meeting, Defendant Gulan Doria told Diallo that he didn't want him involved in the lawsuit. | 7/16 M. Diallo Decl. at 17-19. Filed herewith. |

| | | | |
|---|---|---|---|
| 54 | June 9, 2015 | Plaintiff Keletso Tebogo, who took the witness stand to testify at the preliminary injunction hearing, was angrily confronted at work by Usman Doria and accused of taking advantage of Defendants in the case by recording their interrogation of him. | 7/25 Tebogo Decl. at ¶ 38. Filed herewith. |
| 55 | ~June 9, 2015 | Defendant Gulan Doria substantially reduced the work hours of Plaintiff Santiago Pelma. | 7/25 Tebogo Decl. at ¶ 37. Filed herewith |
| 56 | June 19, 2015 | Defendant Gulan Doria called Mamadou Diallo to meet with him and Defendants Michael Memon at the Bergen Discount location. At the meeting, Defendants told him that as fellow Muslim's, they did not want him involved in the lawsuit because the money was "haram" or "unclean" in Arabic.<br><br>Michael Memon offered to give Diallo a delivery truck if he stayed out of the lawsuit. Memon further stated that he was going to pay other workers to stay out of the case. | 7/16 M. Diallo Decl. at 20-23. Filed herewith. |
| 57 | June 28, 2015 | Defendant Gulan Doria called Mamadou Diallo to meet with him and at the Bergen Discount location. At the meeting, Defendant Gulan Doria told Diallo that he believed Diallo was involved in the lawsuit because he was associating with Plaintiffs in the case. Gulan Doria told Diallo that he wanted him to stay out of the lawsuit and promised to "take care of him" if he withdrew from the case. | 7/16 M. Diallo Decl. at 24-27. Filed herewith. |
| 58 | July 24, 2015 | Usman called Plaintiff Daniel Rodriguez a "mother f**er" and a few minutes later physically confronted him. Usman Doria then falsely accused of threatening Usman Doria with a box cutter and Defendants called the police. Defendants tried to have Plaintiff | 7/24/2015 D. Rodriguez Decl. at ¶¶ 8-17, filed herewith. |

| | | | |
|---|---|---|---|
| | | Daniel Rodriguez arrested. Usman Doria demanded that the police issue an order of protection.<br>Daniel police told the police that he did not have a weapon and did not threaten Daniel Rodriguez. The police searched Plaintiff Daniel Rodriguez, and did not find any weapons and left without making an arrest.<br><br>Defendant Mike Memon instructed another manager to photograph the police talking to Usman Doria and Plaintiff Daniel Rodriguez for the purpose of documenting it for the lawsuit. Mike Memon told the manager that the lawsuit "is finished." | 7/24/2015 D. Rodriguez Decl. at ¶ 17, filed herewith.<br><br>7/24/2015 Tebogo Decl. at ¶¶ 41, 43, filed herewith. |
| 59 | July 24, 2015 | When Defendants failed to have Plaintiff Daniel Rodriguez arrested on the spot, they terminated him. Plaintiff Daniel Rodriguez was terminated for his participation in the lawsuit. | 7/24/2015 D. Rodriguez Decl. at ¶¶ 18-19, filed herewith.<br><br>7/24/2015 Tebogo Decl. at ¶ 46, filed herewith. |