UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE DORIA / MEMON DISCOUNT STORES WAGE
AND HOUR LITIGATION

Civil Action No. 14-cv-7990 (RWS)

AFFIDAVIT OF BIBI HANIFF

State of New York      }
                       } ss.:
County of Westchester  }

I, BIBI HANIFF, do solemnly swear or affirm to the following:

1. My name is Bibi Haniff.

2. I reside at 16 Leewood Circle, Eastchester, NY 10709.

3. I have personal knowledge of the facts asserted in this affidavit.

4. I have worked as a full-time sales representative for Joseph Gilmore & Associates, Inc., since November 1998 through the present.

5. Joseph Gilmore & Associates, Inc. sells the products of Unique Industries, Inc., a manufacturer and distributor of party supplies.

6. I have sold supplies on behalf of Unique Industries, Inc. since 1998.

7. I currently have approximately 100 to 120 sales accounts in the New York City Metropolitan area, including the Bronx, as well as other parts of New York State and New Jersey.

8. One of my sales accounts has been a group of discount stores operated by Mohamed Doria ("the Doria Stores"), in the Bronx, New York.

9. I was originally given a sales lead for the Doria stores from my boss, Joseph Gilmore, who had been to multiple trade shows, including in the Javits Center, in New York City, and in Las Vegas, connecting with Mohamed Doria.

10. Then, through my sales efforts, the Doria Stores purchased party supplies from Unique

1

Industries, Inc.

11. I met Mohamed Doria at two of the Doria Stores in connection with my business dealings with the Stores.

12. The first time I met Mohamed Doria was at his store, Dollar Rite, located at 3728 White Plains Road.

13. At that time, Mohamed Doria told me he was redoing the party section of the store.

14. At that time, Mohamed Doria told me and his manager how he wanted everything set up, and then his manager told his employees where to set up the merchandise.

15. The second time I met Mohamed Doria was in 2013, when he opened his new store at 1916 Cross Bronx Expressway, BX Good Luck.

16. I am familiar with some types of documents and records, created, received and relied on by Unique Industries, Inc., such as the"Customer Information Form," a copy of which is annexed hereto in Exhibit A.

17. Customer Information Forms are completed by customers of Unique Industries, Inc. and then kept on file by Unique Industries, Inc. in the regular course of business.

18. The copy of the Unique Industries, Inc. Customer Information Form in Exhibit A, dated January 31, 2014, is for Popular Discount DBA Z&F Discount, and the form lists the address of Popular Discount as 3072 White Plains Road.

19. Popular Discount is another Doria Store.

20. I left the original of the January 31, 2014 Customer Information Form with the manager at Popular Discount to be filled out and returned to Unique Industries, Inc.

21. Mohamed Doria filled out on page one of the Customer Information Form in Exhibit A that he was "President" of Popular Discount and he listed me as the Sales Representative.

2

22. "M.H. Doria" is printed on page two of the Customer Information Form in Exhibit A, beside Mohamed Doria's signature and the date, January 25, 2014.

23. I certify that: A) The record in Exhibit A was made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters; B) the record was kept in the regular course of regularly conducted business activity; C) the business activity collected such records as a regular business practice; and D) the document is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

BIBI HANIFF

Sworn to before me this

2 7 day of January 2018

Notary Public

THOMAS FAVATA
Notary Public, State of New York
No. 01FA6127926
Qualified in Westchester County
Commission Expires May 30, 20__

3

Case 1:14-cv-07990-RWS Document 372 Filed 05/24/18 Page 4 of 7

# EXHIBIT A

Case 1:14-cv-07990-SN-WS Document 382 Filed 05/31/18 Page 5 of 7
Case 1:14-cv-07990-RWS Document 372 Filed 05/24/18 Page 5 of 7



JAN-13-2014  15:03          UNIQUE ACCT PAYABLE

215 336 0010

JAN 3 1 2014

305027
305028

4750 League Island Boulevard
Philadelphia, PA 19112-1222
Telephone: 800-888-1705
Fax: 215-463-7810

# Customer Information Form

*This Customer Information Form is a double-sided document. Please review and
complete both sides of this document.*

**Legal Name** *Popular Discount*

**DBA (Trade Name)** *ZLF Discount*

**Bill To Address** *3072 White Play Road*

**City** *Bronx* **State** *NY* **Zip** *10462*  *3072 White Play Rou*

**Ship To Address**

**City** **State** **Zip**

**Phone Number** *718-324-4313*

**Fax Number**

**Email Address**

**Cell/Pager Number**

---

Business is a (please check one)

☐ Proprietorship ☐ Partnership ☐ Limited Partnership ☐ Limited Liability Corporation ☑ Corporation

Years Under Present Management _____

Years At This Location *5 4*

Building: ☐ Own ☑ Rent

Estimated Annual Sales: $_____

Type of Business (please check one)  ☐ Retail  ☐ Wholesale

State Sales Tax Exemption No: _____

Federal Tax ID No: *45-370-1056*

A valid copy of your current Sales Tax Exemption Certificate is required in order to open your account.

Monthly Estimated Line of Credit Requested, if Applying for Open Terms: $ *1500*

Please complete if you do (or have done) business with Unique under another account number:

Account Number: _____ Business Name: _____

Address: _____

---

Printed Name of Officer/Owner *Mohammed Dome.* Title *President*

If Proprietorship, Residence Address _____ City _____ State _____ Zip _____

Phone Number _____

Officer/Owner Email Address _____

Name of Sales Representative *B161*

---

Terms of Sale for Which You Are Applying (please check one):

☐ Cash In Advance

☐ Credit Card -- We accept Visa, MasterCard and American Express. Only one credit card may be used per order.
For Credit Card or Cash In Advance Orders, we will contact you for payment once your order has been entered.

☐ Net 30 Days – Please provide minimum of 3 trade references and 1 bank reference along with account
numbers on reverse side. Allow 7-10 business days to check references. Please note that failure to
supply a minimum of 3 trade references and one bank reference may result in disapproval of open terms.

JAN 31 2014

...applicant represent and warrant that the above information is true, accurate ...relied upon in the granting of future credit by Unique Industries, Inc., and/or all its divisions ...collectively "Unique") and realize that any failure to completely and accurately disclose the information requested will constitute a breach of any agreement which may be entered info with Unique. I (we) agree that interest at a rate of one and one half percent (1½%) per month or the highest rate permitted by prevailing state law, whichever is lower, may be charged by Unique on all delinquencies.

If applying for open terms, the applicant authorizes Unique to obtain a written or oral credit report and further authorizes any bank, lending institution, or commercial business to give any and all necessary information to the creditor which will assist creditor in the credit investigation. The applicant also authorizes the creditor to reinvestigate the applicant's status from time to time as the creditor deems necessary in collecting the sums due as a part of any credit extended on the basis of this application.

In cases of delinquency, I (we) agree that Unique shall be entitled to all reasonable fees, costs and other expenses including, but not limited to, all reasonable attorneys' fees, costs, and other expenses, incurred by Unique in its efforts to collect any debt. The rights set forth in this document are in addition to, and not in lieu of, any other rights and remedies available to Unique at law or in equity.

_____   Print Name & Title: _M·H·Dorr_   Date: _1-25-14_
SIGNATURE OF OFFICER/OWNER

2

JAN 3 1 2014

JAN-13-2014  15:03          UNIQUE ACCT PAYABLE                    215 336 0565      P.04

*This Customer Information Form is a double-sided document. Please review and complete both sides of this document.*
If applying for Net 30 Day terms, please list firms below which presently ship to you on an open account basis. A minimum of three references shipping on open terms are required. Commonly used references within our industry are listed below.  Please supply account number next to each chosen reference.

| Amscan | | Beistle | |
|---|---|---|---|
| Burton & Burton | | Creative/Converting | |
| Paper Magic | | Russ Berrie | |

If none of the above, please list other references below:

| Name | | Name | |
|---|---|---|---|
| Account Number | | Account Number | |
| Address | | Address | |
| City, State, Zip | | City, State, Zip | |
| Phone | | Phone | |
| Fax (Required) | | Fax (Required) | |
| Contact Person | | Contact Person | |
| Name | | Name | |
| Account Number | | Account Number | |
| Address | | Address | |
| City, State, Zip | | City, State, Zip | |
| Phone | | Phone | |
| Fax (Required) | | Fax (Required) | |
| Contact Person | | Contact Person | |

Bank Reference:

Chase Bank
Name of Bank

Address

988-674-765
Account Number

Mohammed Drew
Name on Account