THE HEPPT LAW OFFICE, PLLC
260 Madison Avenue, 8th Fl.
New York, New York 10016
(212) 973-0839

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DORIA/MEMON DISCOUNT STORES WAGE AND HOUR LITIGATION. | Case No. 14-cv-7990 (RWS) |

JOSEPH M. HEPPT, pursuant to 28 U.S.C. § 1746, declares as follows:

1.   I am an attorney at law admitted to practice before this court and I represent the Defendant, Sofiya Doria, as Administrator of the Estate of Mohamed Doria, in this action. I submit this Declaration in opposition to Plaintiffs' motion for partial summary judgment.

2.   True and correct copies of the following documents are attached hereto:

   A.   Deposition of Sofiya Doria, transcript excerpts of questioning by Christopher Marlborough.

   B.   Deposition of Bibi Haniff, transcript excerpts of questioning by Joseph Heppt.

   C.   Testimony of Mike Memon at contempt hearing, 9/14/2017, excerpts.

   D.   Deposition of Arif Kazi, transcript excerpts of questioning by Christopher Marlborough.

   E.   Deposition of Abdourahamane Diop Sow, transcript excerpts of questioning by Joseph Heppt.

   F.   Deposition of Abdul Malick Diallo, transcript excerpts of questioning by Joseph Heppt.

   G.   Deposition of Angel Cartagena, transcript excerpts of questioning by Joseph Heppt.

H. Deposition of Lino Bueno, transcript excerpts of questioning by Joseph Heppt.

I. Deposition of Christopher Bruce, transcript excerpts of questioning by Joseph Heppt.

J. Deposition of Bibi Bishnauth, transcript excerpts of questioning by Joseph Heppt.

K. Deposition of Marcelin Auguste, transcript excerpts of questioning by Joseph Heppt.

L. Deposition of Ronald Agyemang, transcript excerpts of questioning by Joseph Heppt.

M. Deposition of Santiago Pelma Duran, transcript excerpts of questioning by Joseph Heppt.

N. Deposition of Sonia Espinosa, transcript excerpts of questioning by Joseph Heppt.

O. Deposition of Peter Iseguede, transcript excerpts of questioning by Joseph Heppt.

P. Deposition of Joseph Kofie, transcript excerpts of questioning by Joseph Heppt.

Q. Deposition of Jocelyn Mandungu, transcript excerpts of questioning by Joseph Heppt.

R. Deposition of Yolada Nieves, transcript excerpts of questioning by Joseph Heppt.

S. Deposition of Olugbenga Opensanwo, transcript excerpts of questioning by Joseph Heppt.

T. Deposition of James Osei-Owusu, transcript excerpts of questioning by Joseph Heppt.

U. Deposition of Abdur Rahim, transcript excerpts of questioning by Joseph Heppt.

V. Deposition of David Theodore Richardson, transcript excerpts of questioning by Joseph Heppt.

W. Deposition of Arlene Rosado, transcript excerpts of questioning by Joseph Heppt.

X. Deposition of Maria Sumano, transcript excerpts of questioning by Joseph Heppt.

Y. Deposition of Pedro Ulloa, transcript excerpts of questioning by Joseph Heppt.

Z. Certificate of Incorporation of Rosy Discounts Inc. Certified by NYS Department of Secretary of State.

AA. Certificate of Dissolution of Rosy Discounts Inc. Certified by NYS Department of Secretary of State.

BB. Corporate Records of Bary Discount. Document provided by client from her files.

CC. Corporate Records of Alif Discount. Document provided by client from her files.

DD. 2012 Corporate Tax Return of Bargain Buy, Inc. Document provided by client from her files. Bates numbered ESTATE_000115-118.

EE. US Department of Labor letter to Bargain Buy, Inc. d/b/a Willis Discount, dated 11/5/2-13. Bates numbered ESTATE_000106.

FF. 2013 Federal Income Tax Return for Popular Discount, Inc. for the period 10/1/2013 through 9/30/2014. Document was produced by Plaintiffs after receipt from accountant in response to subpoena.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on August 1, 2018.

_____
JOSEPH M. HEPPT