UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EMMANUEL AGROPONG, et al.,

                Plaintiffs,

    -against-

MICHAEL MEMON, et al.,

                Defendants.

------------------------------------------------------------X

14-CV-07990 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The conference currently scheduled for February 27, 2020, to discuss settlement in this case is RESCHEDULED for Thursday, March 12, 2020, at 2:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: February 24, 2020
          New York, New York