UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMMANUEL AGROPONG, et al.,

                            **Plaintiffs,**                      14-CV-07990 (SN)

      -against-                                          **ORDER**

MICHAEL MEMON, et al.,

                            **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The conference currently scheduled for Thursday, March 12, 2020, at 2:30 p.m. will take place via telephone. At that time, the parties should jointly call Chambers, at (212) 805-0286, with all relevant individuals on the line.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      March 12, 2020
                  New York, New York