UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMMANUEL AGROPONG, et al.,

                      **Plaintiffs,**

      -against-

MICHAEL MEMON, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

14-CV-07990 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On March 12, 2020, the parties appeared before me by telephone for a conference regarding the status of settlement in this case. As ordered at the telephone conference, the following deadlines will apply in this case:

1. By March 27, 2020, the parties shall file (1) a motion for preliminary approval of the class action settlement and (2) a petition in the Surrogate's Court to lift certain restrictions on the Estate's assets.

2. By April 3, 2020, the parties shall file a status letter to confirm that the petition was filed in Surrogate's Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 12, 2020
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2020