

# The Heppt Law Office, PLLC

ATTORNEYS AT LAW
COMMERCIAL LITIGATION
ALTERNATIVE DISPUTE RESOLUTION

260 Madison Avenue
New York, New York 10016

**JOSEPH M. HEPPT**
Tel: (212) 973-0839
Fax: (212) 973-0891
Cell: (917) 364-6947
joseph.heppt@hepptlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2020

March 23, 2020

*VIA ECF and EMAIL*

Hon. Sarah Netburn U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, New York 10007-1312

      Re:    *In Re Doria/Memon Discount Stores Wage and Hour Litigation*
              14-cv-7990 (AT)(SN)

Dear Judge Netburn:

I represent the defendant Sofiya Doria as Administrator of the Estate of Mohamed Doria and I write today to request an extension of time for the Estate to file a petition with the Surrogate's Court for an order lifting the restrictions on the transfer and/or encumbrance of assets.

On March 12, Your Honor issued an Order directing that the Estate file a petition with the Surrogate's Court seeking to lift certain restrictions on the Estate's assets no later than March 27. That petition has been drafted and is being executed by Mrs. Doria.

However, yesterday the Chief Administrative Judge of the New York State Courts issued an Administrative Order directing that "effective immediately and until further order, no papers shall be accepted for filing by a county clerk or a court in any matter of a type not included on the list of essential matters attached as Exh. A. This directive applies to both paper and electronic filings." A copy of that Order is attached. The petition to lift restrictions to be filed by the Estate does not fall within any of the "essential matters" listed on Exhibit A.

In light of the Administrative Order, the petition cannot be filed by March 27 and I ask that the March 12 Order be amended extending the Estate's time to file such petition until such time as the restriction on court filings is lifted by the Chief Administrative Judge.

Thank you in advance for your consideration.

Very truly yours,

Joseph M. Pleppy

*Counsel for Defendant Sofiya Doria as
Administrator of the Estate of Mohamed
Doria*

Encl.

Copy to:   Plaintiffs' Counsel:

Jonathan Schulman, Esq. (via ECF Notification)
Christopher Marlborough, Esq. (via ECF Notification)
John Luke, Esq. (via ECF Notification)

Co-defendants' Counsel:

Shawn Turck, Esq. (via ECF Notification)
Kevin J. Costello, Esq. (via ECF Notification)
Barbara MacGrady, Esq. (via email)

---

Defendants' motion for an extension of time to file the petition with the Surrogate's Court is
granted. Defendant shall file the petition as soon as the Surrogate Court's restriction on filings is
lifted.
**SO ORDERED**

SARAH NETBURN
United States Magistrate Judge

March 25, 2020
New York, New York

ADMINISTRATIVE ORDER OF THE
CHIEF ADMINISTRATIVE JUDGE OF THE COURTS

Pursuant to the authority vested in me, in light of the emergency circumstances caused by

the continuing COVID-19 outbreak in New York State and the nation, and consistent with the

Governor of New York's recent executive order suspending statutes of limitation in legal

matters, I direct that, effective immediately and until further order, no papers shall be accepted

for filing by a county clerk or a court in any matter of a type not included on the list of essential

matters attached as Exh. A.  This directive applies to both paper and electronic filings.

_____
Chief Administrative Judge of the Courts

Dated: March 22, 2020

AO/78/20

Exhibit A

Essential Proceedings
Administrative Order AO/78/20
March 22, 2020

A.    Criminal matters
      1.  arraignments
      2.  bail applications, reviews and writs
      3.  temporary orders of protection
      4.  resentencing of retained and incarcerated defendants
      5.  essential sex offender registration act (SORA) matters

B.    Family Court
      1.  child protection intake cases involving removal applications
      2.  newly filed juvenile delinquency intake cases involving remand placement
          applications, or modification thereof
      3.  emergency family offense petitions/temporary orders of protection
      4.  orders to show cause
      5.  stipulations on submission

C.    Supreme Court
      1.  Mental Hygiene Law (MHL) applications and hearings addressing patient retention or
          release
      2.  MHL hearings addressing the involuntary administration of medication and other
          medical care
      3.  newly filed MHL applications for an assisted outpatient treatment (AOT) plan
      4.  emergency applications in guardianship matters
      5.  temporary orders of protection (including but not limited to matters involving
          domestic violence)
      6.  emergency applications related to the coronavirus
      7.  emergency Election Law applications
      8.  extreme risk protection orders (ERPO)

D.    Civil/Housing matters
      1.  applications addressing landlord lockouts (including reductions in essential services)
      2.  applications addressing serious code violations
      3.  applications addressing serious repair orders
      4.  applications for post-eviction relief

E.    All Courts
      1.  any other matter that the court deems essential

      This list of essential proceedings is subject to ongoing review and amendment as
necessary.