USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EMMANUEL AGROPONG, et al.,

                Plaintiffs,

-against-

MICHAEL MEMON, et al.,

                Defendants.

-----------------------------------------------------------------X

14-CV-07990 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The fairness hearing scheduled for October 30, 2020, at 10:00 a.m. will be held telephonically. At that time, the parties and anyone wishing to appear shall dial in to the Court's dedicated teleconferencing line at (877) 402-9757, and enter Access Code 793-8632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 11, 2020
                New York, New York